# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: RANDALL R. PALMERI, JR.  
2414 LUNDGREN ROAD  
ROCKFORD, IL 61108  

SSN-xxx-xx-4282

Case Number: 06-72094

Case filed on: 11/9/2006  
Plan Confirmed on: 1/5/2007  

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $21,466.94     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY DAVID A AABY | 1,974.00 | 1,974.00 | 974.00 | 0.00 |
|  | Total Legal | 1,974.00 | 1,974.00 | 974.00 | 0.00 |
| 999 | RANDALL R. PALMERI, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICAN EXPRESS CENTURION BANK | 3,803.36 | 3,803.36 | 1,135.66 | 0.00 |
| 002 | B-LINE LLC | 12,554.44 | 12,554.44 | 3,748.68 | 0.00 |
| 003 | PORTFOLIO RECOVERY ASSOCIATES | 3,740.37 | 3,740.37 | 1,116.85 | 0.00 |
| 004 | PREMIER BANKCARD/CHARTER | 564.67 | 564.67 | 168.61 | 0.00 |
| 005 | ROUNDUP FUNDING LLC | 2,259.59 | 2,259.59 | 674.70 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 788.69 | 788.69 | 235.50 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 25,434.10 | 25,434.10 | 7,594.48 | 0.00 |
| 008 | MBNA AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ROUNDUP FUNDING LLC | 11,671.88 | 11,671.88 | 3,485.16 | 0.00 |
| 010 | TARGET NATIONAL BANK fka RETAILERS NAT'L | 3,402.14 | 3,402.14 | 1,015.86 | 0.00 |
|  | Total Unsecured | 64,219.24 | 64,219.24 | 19,175.50 | 0.00 |
|  | Grand Total: | 66,193.24 | 66,193.24 | 20,149.50 | 0.00 |

Total Paid Claimant:      $20,149.50  
Trustee Allowance:          $1,317.44  
Percent Paid Unsecured:       29.86  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/29/2008          By  /s/Heather M. Fagan